CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

JUL 1 7 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal Case No. 5:06cr00014-005** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **STEPHEN ROBINSON** | ) | **By: Samuel G. Wilson** |
| | ) | **United States District Judge** |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that Stephen Robinson's motion to vacate is **DENIED** and this

action is STRICKEN from the active docket of the court. Further, finding that Robinson has

failed to make a substantial showing of the denial of a constitutional right as required by 28

U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**. The Clerk of Court is directed to

send certified copies of the Memorandum Opinion and accompanying Order to Robinson.

**ENTER**: July 17, 2012.

_____
UNITED STATES DISTRICT JUDGE